Michael W. SCOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48322.

Missouri Court of Appeals,
Western District.

Dec. 20, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 1995.

Application to Transfer Denied
March 21, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., and HANNA and LAURA DENVIR STITH, JJ.

***ORDER***

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).